AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland ▾

)
)
)
)
)
)
Marcus Washington )
*Plaintiff(s)* )
v. )   Civil Action No. PX 2 6 CV 0 1 5 5 7
)
)
)
)
)
U.S. Bank )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Bank
Registered Agent
Daniel Jack Plum
Polsinelli, PC

1401 I Street NW Suite 800
Washington, D.C. 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marcus Washington
25 Lookout Dr.
Indian Head, MD. 20640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/21/2026

Marcus Washington
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland  ☑

Marcus Washington
*Plaintiff(s)*

v.

Movement Mortgage LLC
*Defendant(s)*

Civil Action No.  PX 26 CV 01557

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Movement Mortgage
Registered Agent.
Elizabeth M. Briones

401 9th St. N.W. Suite 1000
Washington, D.C. 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marcus Washington
25 Lookout Dr.
Indian Head, MD. 20640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/21/2026

Marcus Washington
*Signature of Clerk or Deputy Clerk*